NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTAULIC COMPANY,**

*Plaintiff-Appellant*

**v.**

**ASC ENGINEERED SOLUTIONS, LLC,**

*Defendant-Cross-Appellant*

---

2023-2013, 2024-1901

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00887-GBW-JLH, Judge Gregory Brian Williams.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2    VICTAULIC COMPANY v. ASC ENGINEERED SOLUTIONS, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

June 20, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 20, 2024